UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SCOTT P. SPECHT,

                                                                                          JUDGMENT
                                                                                          19-CV-6438 (ENV) (SJB)

                        Plaintiff,

    v.

THE CITY OF NEW YORK, THOMAS KANE,
and JOHN DAVID LYNN,

                        Defendants.
-----------------------------------------------------------------X

       A Memorandum and Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on December 14, 2020, granting defendants' motion to dismiss plaintiff's claims under 42 U.S.C. § 1983 and New York State Civil Service Law § 75-b, as well as for intentional infliction of emotional distress; denying leave to amend; and dismissing the complaint with prejudice; it is

       ORDERED and ADJUDGED that defendants' motion to dismiss plaintiff's claims under 42 U.S.C. § 1983 and New York State Civil Service Law § 75-b, as well as for intentional infliction of emotional distress is granted; that leave to amend is denied; and that the complaint is dismissed with prejudice.

Dated: Brooklyn, New York                                                Douglas C. Palmer
          December 17, 2020                                                Clerk of Court

                                                                               By:     /s/Jalitza Poveda
                                                                                      Deputy Clerk