UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SCOTT P. SPECHT,

                              Plaintiff,          19-cv-6438-ENV-SJB

        -against-              **NOTICE OF ACCEPTANCE**
                                                      **OF OFFER OF JUDGMENT**

THE CITY OF NEW YORK, THOMAS KANE
and JOHN DAVID LYNN,

                              Defendants.
------------------------------------------------------------X

       On September 20, 2022, the Defendants, the City of New York, Thomas Kane, and John David Lynn, served on Plaintiff an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure. (A true and correct copy of the Offer of Judgment is annexed hereto as *Exhibit A*.) Now, within fourteen days of service of said Offer of Judgment, Plaintiff hereby serves and filed this notice of his acceptance of said Offer of Judgment and the terms set forth therein.[1] In accordance with Rule 68(a) and Rule 54(b) of the Federal Rules of Civil Procedure, Plaintiff Scott P. Specht respectfully requests that the Court enter Judgment in favor of Plaintiff Scott P. Specht in accordance with the terms set forth in the Defendants' Offer of Judgment. (*See* Exhibit A.)

DATED: September 21, 2022

                                            By: s/Nathaniel B. Smith
                                            Nathaniel B. Smith
                                            225 Broadway – Suite1901
                                            New York, NY 10005
                                            212-227-7062
                                            natbsmith@gmail.com
                                            Attorney for Plaintiff

---

[1] Upon the entry of judgment, plaintiff will submit his application for attorney's fees and costs pursuant to the requirements and timeline contained in Federal Rule of Civil Procedure 54(d)(2)(B)(i).